RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE /2/ / /10
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| BANNER D. WRIGHT, SR. | CIVIL ACTION NO. 09-0800 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAREN L. HAYES |

### ORDER

Considering the "Application for Approval of an Attorney Fee Under the Equal Access to Justice Act" [Doc. No. 15] and the "Joint Stipulated Order for EAJA Fee" [Doc. No. 17],

IT IS ORDERED that the Application for Approval of an Attorney Fee Under the Equal Access to Justice Act is GRANTED, and the Commissioner is ordered to deliver to Plaintiff's counsel a check made payable to Banner D. Wright, Sr. ("Wright") for attorney's fees in the amount of $3480.00, with the understanding that if Plaintiff's counsel is actually paid the EAJA fee and an award is made of attorney's fees pursuant to 42 U.S.C. § 406(b), Plaintiff's counsel will pay Wright an amount equal to the smaller of the two fees.

MONROE, LOUISIANA, this 1st day of December, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE